

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2018

No. 04-17-00820-CV

**JOHN DELOACH ENTERPRISES, INC.** d/b/a Bexar Towing and Ouachita Enterprises, Inc.
d/b/a Bexar Auto Storage,
Appellant

v.

**TELHIO CREDIT UNION, INC.,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2017CV00279
Honorable Jason Wolff, Judge Presiding

# O R D E R

The Appellee's Motion to Substitute Counsel is GRANTED.

Entered this 28th day of December, 2018.

PER CURIAM

Attested to: _____
KEITH E. HOTTLE,
Clerk of Court

